

July 28, 2025

<u>Via ECF</u>
Honorable Evelyn Padin, U.S.D.J.
MLK Building & U.S. Courthouse
50 Walnut Street, Room 4C
Newark, New Jersey 07101

   Re: *USA v. Boyd et al.*, Case No. 2:22-cr-00623-EP

Dear Judge Padin:

  Pursuant to the Court's Text Order of July 22, 2025 [Doc. 294], Defendant Boyd's Reply is due by August 5, 2025. With consent of the government, we write to request an extension of time for filing until August 22, 2025. This request stems from co-counsel's upcoming change of law firms and absence from the office, together with our additional case obligations. Additional time is therefore requested for this Reply.

          Respectfully,

          JAVERBAUM WURGAFT HICKS
          KAHN WIKSTROM & SININS, P.C.

          <u>*s/ Rubin M. Sinins*   </u>
          Rubin M. Sinins, Esq.

cc: All counsel of record (via ECF)